```
_____ FILED          _____ RECEIVED
_____ ENTERED        _____ SERVED ON
                COUNSEL/PARTIES OF RECORD

          JAN 0 3 2013

        CLERK US DISTRICT COURT
          DISTRICT OF NEVADA
BY: _____ DEPUTY
```

1

2

3

4

5

6

7

8

9

10

11

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

12  DONALD B. KIMBALL,                )
          #80921                      )
13                                    )
              Plaintiff,              )        3:12-cv-00639-LRH-VPC
14                                    )
    vs.                               )
15                                    )        **ORDER**
    CHRIS PERRY, *et al.*,            )
16                                    )
              Defendants.             )
17  _____ /

18        Plaintiff has submitted a *pro se* civil rights complaint.  However, his application to

19  proceed *in forma pauperis* is incomplete; the Financial Certificate signed by an authorized officer is

20  missing.  *See* 28 U.S.C. § 1915(a)(1)-(2); Local Rules of Special Proceedings 1-1, 1-2.  Accordingly,

21  plaintiff will be granted thirty (30) days to submit a completed and signed application to proceed *in*

22  *forma pauperis* on the required form provided by this court.  The application must be accompanied by

23  all required financial documentation, as described in the instructions for use of the form.

24        **IT IS THEREFORE ORDERED** that the Clerk **SHALL SEND** plaintiff the approved

25  form for Application to Proceed *In Forma Pauperis*, as well as the document "Information and

26  Instructions for Filing a Motion to Proceed *In Forma Pauperis*."  Within **thirty (30)** days from the date

1   of entry of this order, plaintiff **SHALL FILE** a completed and signed application to proceed *in forma*

2   *pauperis*, along with all required financial documentation, on the form provided by this court. Plaintiff's

3   failure to file an application to proceed *in forma pauperis* in compliance with this order may result in

4   the immediate dismissal of this entire action.

5

6               DATED this 2ⁿᵈ day of _____January_____, 2013.

7

8                          UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2